**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MONEYGRAM PAYMENT SYSTEMS, INC., A DELAWARE CORPORATION DOING BUSINESS AS MONEYGRAM, | CHAPTER 13 |
| *PLAINTIFF,* | DOCKET NO. 19-12538 |
| *VS.* | |
| LARRY SAKSON | |
| *DEFENDANT.* | |

## ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NTOCE , that the undersigned appears for MoneyGram Payment Systems, Inc., A Delaware Corporation Doing Business As MoneyGram a secured creditor in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

    Respectfully submitted,

    REILLY, MCDEVITT & HENRICH, P.C.

    By: *Christine J. Viggiano*
    Christine J. Viggiano
    Attorney for Plaintiff,
    MoneyGram Payment Systems, Inc.
    3 Executive Campus, Suite 310
    Cherry Hill, NJ 08002
    Telephone: (856) 317-7180
    Facsimile: (856) 317-7188
    E-mail: cviggiano@rmh-law.com

Dated: July 15, 2019