# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry Sakson aka Valery Sakson<br>　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　　　　　　Movant<br>vs. | NO. 19-12538 MDC |
| Larry Sakson aka Valery Sakson<br>　　　　　　　　　　　Debtor(s)<br>Tatyana Kanevsky<br>　　　　　　　　　　　Co-Debtor(s) | 11 U.S.C. Section 362 and 1301 (c) |
| William C. Miller Esq.<br>　　　　　　　　　　　Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Highlander, VIN: 5TDJKRFHXGS312320 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 30th day of July, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

cc: See attached service list

Larry Sakson aka Valery Sakson
504 Avon Street
1st Floor
Philadelphia, PA 19116

Tatyana Kanevsky
31 Five Crown Royal Ct
Marlton, NJ, 08053-2872

Michael A. Cataldo2, Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik2, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532