United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12538-mdc
Larry Sakson                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Jul 30, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.
db             +Larry Sakson,    504 Avon Street,    1st Floor,    Philadelphia, PA 19116-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2019 at the address(es) listed below:
        ARKADY   RAYZ    on behalf of     Joseph Friedman & Sons, Inc. erayz@kalraylaw.com, efile@kalraylaw.com
        CHRISTINE J. VIGGIANO    on behalf of Creditor   Moneygram Payment Systems, Inc. cviggiano@rmh-law.com
        JONATHAN J. SOBEL    on behalf of  Vadim  Birman mate89@aol.com
        KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        MICHAEL A. CATALDO2     on behalf of Debtor Larry  Sakson ecf@ccpclaw.com,  igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2     on behalf of Debtor Larry  Sakson ecf@ccpclaw.com,  igotnotices@ccpclaw.com
        PHILLIP D. BERGER    on behalf of Creditor   Huntingdon Valley Bank berger@bergerlawpc.com, kaufmann@bergerlawpc.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, ET.AL. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                              TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Larry Sakson aka Valery Sakson<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　Movant<br>vs.<br>Larry Sakson aka Valery Sakson<br>　　　　　　Debtor(s)<br>Tatyana Kanevsky<br>　　　　　　Co-Debtor(s) | NO. 19-12538 MDC<br><br>11 U.S.C. Section 362 and 1301 (c) |
| William C. Miller Esq.<br>　　　　　　Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Highlander, VIN: 5TDJKRFHXGS312320 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 30th day of July, 2019.

　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

cc: See attached service list

Larry Sakson aka Valery Sakson
504 Avon Street
1st Floor
Philadelphia, PA 19116

Tatyana Kanevsky
31 Five Crown Royal Ct
Marlton, NJ, 08053-2872

Michael A. Cataldo2, Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik2, Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532