United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Larry Sakson  
    Debtor

Case No. 19-12538-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 17, 2019  
                       Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.  
db          +Larry Sakson,  504 Avon Street,  1st Floor,  Philadelphia, PA 19116-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:

       ARKADY RAYZ    on behalf of    Joseph Friedman & Sons, Inc. erayz@kalraylaw.com, efile@kalraylaw.com  
       CHRISTINE J. VIGGIANO    on behalf of Creditor    Moneygram Payment Systems, Inc. cviggiano@rmh-law.com  
       JONATHAN J. SOBEL    on behalf of    Vadim Birman mate89@aol.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       MICHAEL A. CATALDO2    on behalf of Debtor Larry Sakson ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       MICHAEL A. CIBIK2    on behalf of Debtor Larry Sakson ecf@ccpclaw.com, igotnotices@ccpclaw.com  
       PHILLIP D. BERGER    on behalf of Creditor    Huntingdon Valley Bank berger@bergerlawpc.com, kaufmann@bergerlawpc.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL. paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                          TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Larry Sakson
    Debtor(s)

Chapter: 13

Bankruptcy No: 19−12538−mdc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this October 17, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Magdeline D. Coleman
                      Chief Judge ,
                      United States Bankruptcy Court

46
Form 155