United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Larry Sakson  
    Debtor

Case No. 19-12538-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Nov 13, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
db         +Larry Sakson,    504 Avon Street,    1st Floor,    Philadelphia, PA 19116-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:

        ARKADY RAYZ    on behalf of    Joseph Friedman & Sons, Inc. erayz@kalraylaw.com,  
          efile@kalraylaw.com  
        CHRISTINE J. VIGGIANO    on behalf of Creditor    Moneygram Payment Systems, Inc.  
          cviggiano@rmh-law.com  
        JONATHAN J. SOBEL    on behalf of    Vadim Birman mate89@aol.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation  
          bkgroup@kmllawgroup.com  
        MICHAEL A. CATALDO2    on behalf of Debtor Larry Sakson ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Debtor Larry Sakson ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        PHILLIP D. BERGER    on behalf of Creditor    Huntingdon Valley Bank berger@bergerlawpc.com,  
          kaufmann@bergerlawpc.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET.AL.  
          paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                        TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: LARRY SAKSON,
              Debtor(s).

Case No. 19-12538MDC13

Chapter 13

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __13th__ day of __November__, 201_9_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,500.00** is allowed and the balance due to counsel in the amount of **$3,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_Magdeline D. Coleman_
HON. MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE