**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| LARRY SAKSON | : | Bk. No.  19-12538-mdc |
| A/K/A VALERY SAKSON | : | |
| Debtor | : | Chapter No.  13 |
| | : | |
| **WELLS FARGO BANK, N.A.** | : | |
| Movant | : | |
| v. | : | |
| LARRY SAKSON | : | |
| A/K/A VALERY SAKSON | : | |
| Respondent | : | |

**NOTICE OF COVID-19 MORTGAGE FORBEARANCE AGREEMENT PURSUANT TO LOCAL ORDER 20-3007**

The undersigned, Phelan Hallinan Diamond & Jones, LLP, are creditor's counsel in this matter.

1. Debtor currently has a mortgage with **WELLS FARGO BANK, N.A.** The property address is 10603 CLARK ST, PHILADELPHIA, PA 19116, Loan # ending in 8971. A Proof of Claim has been filed on the claim register at #16 on June 26, 2019. A written Notice of Payment Change/Forbearance is being filed on the claims docket pursuant to bankruptcy Rule 3002.1 (b) and Local Rule 20-3007.

2. The terms of the forbearance are as follows: Regular monthly mortgage payments starting with the May 4, 2020 through August 3, 2020 are suspended.

3. The Creditor advises that no fees will be assessed against the loan with regard to this Notice of Forbearance.

4. Prior to the expiration of the forbearance period, Debtor must either (1) request additional forbearance time under Local Rule, State or Federal Law; (2) enter into loss mitigation with Creditor; or (3) file an Amended Chapter 13 Plan which cures

the arrears resulting from the forbearance period over the remainder of the Chapter 13 Plan.

5. Creditor, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. The payment post-petition amount due at the time of this forbearance is $337.63.

6. Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

May 20, 2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| LARRY SAKSON | : | Bk. No. 19-12538-mdc |
| A/K/A VALERY SAKSON | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| WELLS FARGO BANK, N.A. | : | |
| Movant | : | |
| v. | : | |
| LARRY SAKSON | : | |
| A/K/A VALERY SAKSON | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Forbearance by electronic means on May 20, 2020.

MICHAEL A. CATALDO2, ESQUIRE
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

MICHAEL A. CIBIK2, ESQUIRE
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

LARRY SAKSON
A/K/A VALERY SAKSON
504 AVON STREET
1ST FLOOR
PHILADELPHIA, PA 19116

LARRY SAKSON
A/K/A VALERY SAKSON
10603 CLARK ST
PHILADELPHIA, PA 19116

MARINA SAKSON (NON-FILING CO-DEBTOR)
10603 CLARK ST
PHILADELPHIA, PA 19116

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

May 20, 2020