IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No.  19-12538-mdc |
| LARRY SAKSON, | Chapter 13 |
|        Debtor, | |
| | Document No. |
| TOYOTA LEASE TRUST, | |
|       Movant, | |
|    v. | |
| LARRY SAKSON, | |
| TATYANA KANESKY, and | |
| WILLIAM C. MILLER, Trustee, | |
|       Respondents. | |

CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 9th day of February, 2021, I served a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

SERVICE BY FIRST CLASS MAIL

Larry Sakson
504 Avon Street, 1st Floor
Philadelphia, PA 19116

Tatyana Kanesky
10 Huntington Ct,
Burlington, NJ 08053-2872

SERVICE BY ELECTRONIC NOTIFICATION

Michael A. Cataldo
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
ecf@ccpclaw.com

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com

Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
ustpregion03.ph.ecf@usdoj.gov

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

Counsel for Toyota Lease Trust