IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> LARRY SAKSON, <br>       Debtor, <br><br> TOYOTA LEASE TRUST, <br><br>       Movant, <br><br> v. <br><br> LARRY SAKSON, <br> TATYANA KANESKY, and <br> WILLIAM C. MILLER, Trustee, <br><br>       Respondents. | Bankruptcy No. 19-12538-mdc <br><br> Chapter 13 <br><br> Document No. 52, 56 |

## ORDER OF COURT

AND NOW, this 13th day of _____May_____ 2021, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay & Co-Debtor Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge