United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12538-mdc |
| Larry Sakson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

**Recip ID      Recipient Name and Address**
db      + Larry Sakson, 504 Avon Street, 1st Floor, Philadelphia, PA 19116-3325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021        Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

**Name                    Email Address**

ARKADY RAYZ
     on behalf of Joseph Friedman & Sons  Inc. erayz@kalraylaw.com, efile@kalraylaw.com

CHRISTINE J. VIGGIANO
     on behalf of Creditor Moneygram Payment Systems  Inc. cviggiano@rmh-law.com

JONATHAN J. SOBEL
     on behalf of Vadim Birman mate89@aol.com

KERI P EBECK
     on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD
     on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MARIO J. HANYON
     on behalf of Creditor WELLS FARGO BANK N.A wbecf@brockandscott.com  wbecf@brockandscott.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

MICHAEL A. CATALDO2
    on behalf of Debtor Larry Sakson ecf@ccpclaw.com  igotnotices@ccpclaw.com

MICHAEL A. CIBIK2
    on behalf of Debtor Larry Sakson ecf@ccpclaw.com  igotnotices@ccpclaw.com

PHILLIP D. BERGER
    on behalf of Creditor Huntingdon Valley Bank berger@bergerlawpc.com  kaufmann@bergerlawpc.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  ET.AL. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>LARRY SAKSON,<br>      Debtor,<br><br>TOYOTA LEASE TRUST,<br><br>      Movant,<br><br>v.<br><br>LARRY SAKSON,<br>TATYANA KANESKY, and<br>WILLIAM C. MILLER, Trustee,<br><br>      Respondents. | Bankruptcy No. 19-12538-mdc<br><br>Chapter 13<br><br>Document No. 52, 56 |

## ORDER OF COURT

AND NOW, this 13th day of _____May_____ 2021, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay & Co-Debtor Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge