United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-12538-mdc

Larry Sakson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4

Date Rcvd: Nov 04, 2022      Form ID: 138OBJ      Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry Sakson, 504 Avon Street, 1st Floor, Philadelphia, PA 19116-3325 |
| 14313826 | + | Andrew Jenks, 2500 MCCLELLAN BLVD,, Suite 240, Merchantville, NJ 08109-4613 |
| 14313827 | | Aria Health, PO Box 829778, Philadelphia, PA 19182-9778 |
| 14313828 | + | Asset Maximization Group, Attn: Bankruptcy, PO Box 190191, South Richmond Hill, NY 11419-0191 |
| 14313836 | #+ | Elena Lukyanova, 10603 Clark St, phiiaoelphia, Phiiaoelphia, PA 19116-3817 |
| 14313838 | + | Eric Rayz, Esq,, 1051 COUNTY LINE RD, SUITE 'A', Huntingdon Valley, PA 19006-1232 |
| 14313840 | + | Huntingdon Valley Bank, 2617 Huntingdon Pike, Huntingdon Valley, PA 19006-5199 |
| 14340632 | + | Huntingdon Valley Bank, c/o Phillip D. Berger, Esq., 919 Conestoga road, Building 3, Suite 114, Rosemont PA 19010-1352 |
| 14313842 | + | JOSEPH FRIEDMAN & SONS, INC, 2708 COMMERCE WAY, UNIT 100, Philadelphia, PA 19154-1019 |
| 14312842 | + | Joseph Friedman & Sons, Inc., c/o Arkady Eric Rayz, Esq., 1051 County Line Road, Suite A, Huntingdon Valley PA 19006-1232 |
| 14346284 | + | MKR Financial, 1 Bustleton Pike, Feasterville PA 19053-6330 |
| 14313847 | + | MONEYGRAM PAYMENT SYSTEMS, 1550 UTICA, AVENUE SOUTH, Minneapolis, MN 55416-5300 |
| 14313843 | + | Marina Kats, 1 Bustleton Pike, Feasterville, PA 19053-6330 |
| 14313844 | + | Marina Sakson, 10 Huntington Ct,, Marlton, NJ 08053-2872 |
| 14313845 | + | Michael Lessa, 107 N Commerce Way, Bethlehem, PA 18017-8913 |
| 14313846 | | Michelle Cappuccio, One South Penn Square, Suite 410, Philadelphia, PA 19107 |
| 14316525 | +++ | Moneygram Payment Systems, Inc., c/o CHRISTINE J. VIGGIANO, Reilly, McDevitt & Henrich, P.C., 3 Executive Campus Suite 310, Cherry Hill, NJ 08002-4103 |
| 14313848 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14313850 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14313852 | + | Ragan & Ragan, 3100 Route 138 Weest, Brinley Plaza, Bldg One, Wall, NJ 07719-9020 |
| 14313853 | + | Richard Gold, 10603 Clark St,, Philadelphia, PA 19116-3817 |
| 14313854 | + | Robert Bond, Esq., 11880 Bustleman Avenue, Suite 202, Philadelphia, PA 19116-2500 |
| 14351900 | + | Toyota Motor Credit Corporation, c/o Kevin G. McDonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14318964 | | U.S. BANK NATIONAL ASSOCIATION, ET.AL., C/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14319380 | + | US BANK NATL, JP MORGAN MORTG TRUST, c/o Thomas Song, Esquire, Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd, Ste 1400, Philadelphia, PA 19103-1814 |
| 14313860 | + | VMG Group, Inc,, 9801 Bustleman Avenue, Philadelphia, PA 19115-3212 |
| 14323797 | + | Vadim Birman, c/o Jonathan J. Sobel,Esquire, 1500 Walnut Street, Suite 2000, Philadelphia, PA 19102-3510 |
| 14313858 | | Vadin Birman, 91 Diamond Drive, Philadelphia, PA 19115 |
| 14313859 | + | Valery Sakson, 10 Huntington Court, Marlton, NJ 08053-2872 |
| 14313861 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |
| 14324748 | + | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |
| 14313863 | + | Wells Fargo Education Fncl Srvs, Attn: Bankruptcy, PO Box 5185, Sioux Falls, SD 57117-5185 |
| 14340014 | + | Western Union Financial Services, Inc. d/b/a Weste, c/o Amato and Keating PC, 107 North Commerce Way, Bethlehem PA 18017-8913 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: 138OBJ | Total Noticed: 65 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 05 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14313823 | Email/PDF: bncnotices@becket-lee.com | Nov 05 2022 00:06:47 | AMERICAN EXPRESS, PO BOX 1270, NEWARK, NJ 07101-1270 |
| 14313822 | ^ MEBN | Nov 05 2022 00:02:51 | Alpha Recovery Corp., 6912 S. QuentinSt. Unit 1o, Centennial, CO 80112-4538 |
| 14313824 | + Email/Text: bkfilings@zwickerpc.com | Nov 05 2022 00:07:00 | American Express, c/o Zwicker & Associates, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |
| 14318700 | + Email/Text: bkfilings@zwickerpc.com | Nov 05 2022 00:07:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14313825 | + Email/PDF: bncnotices@becket-lee.com | Nov 05 2022 00:06:42 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14404468 | Email/Text: megan.harper@phila.gov | Nov 05 2022 00:07:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14313832 | Email/Text: megan.harper@phila.gov | Nov 05 2022 00:07:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14313833 | Email/Text: megan.harper@phila.gov | Nov 05 2022 00:07:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14313830 | + Email/Text: ecf@ccpclaw.com | Nov 05 2022 00:07:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14313834 | + Email/Text: bankruptcy@philapark.org | Nov 05 2022 00:07:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14313837 | ^ MEBN | Nov 05 2022 00:02:47 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14313839 | ^ MEBN | Nov 05 2022 00:02:48 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14327525 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 05 2022 00:07:00 | I.R.S., P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14313829 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 05 2022 00:06:36 | Chase Mortgage, Attn: Bankruptcy Dept, PO Box 24696, Columbus, OH 43224 |
| 14313849 | Email/Text: bankruptcygroup@peco-energy.com | Nov 05 2022 00:07:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14313851 | + Email/Text: bankruptcy@philapark.org | Nov 05 2022 00:07:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14331765 | Email/Text: bnc-quantum@quantum3group.com | Nov 05 2022 00:07:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14310728 | + Email/PDF: gecsedi@recoverycorp.com | Nov 05 2022 00:06:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14313977 | + Email/PDF: ebn_ais@aisinfo.com | Nov 05 2022 00:06:36 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, |

Case 19-12538-mdc   Doc 77   Filed 11/06/22   Entered 11/06/22 23:30:21   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: 138OBJ | Total Noticed: 65 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-7901 |
| 14313855 | | Email/Text: bankruptcy@td.com | Nov 05 2022 00:07:00 | TD Bank, N.A., 32 Chestnut Street, PO Box 1377, Lewiston, ME 04243 |
| 14313856 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 05 2022 00:07:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408 |
| 14313857 | | Email/Text: DASPUBREC@transunion.com | Nov 05 2022 00:07:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14338362 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 05 2022 00:07:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14324135 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 05 2022 00:07:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14324745 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 05 2022 00:07:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 5227, Cincinnati OH 45201-5227 |
| 14313835 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 05 2022 00:07:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14348308 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 05 2022 00:06:46 | Wells Fargo Bank N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14315669 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 05 2022 00:06:46 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14324343 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 05 2022 00:06:36 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14313865 | + | Email/Text: bkfilings@zwickerpc.com | Nov 05 2022 00:07:00 | Zwicker & Associates, 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14313864 | | WESTERN UNION FINANCIAL SERVICES INC, 12500 EAST BELFORD AVENUE, 12500 EAST BELFORD AVENUE |
| 14313831 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14313841 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14346285 | *+ | MKR Financial, 1 Bustleton Pike, Feasterville PA 19053-6330 |
| 14341647 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14313862 | *P++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001, address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, PO Box 6429, Greenville, SC 29606 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Nov 04, 2022 | Form ID: 138OBJ | Total Noticed: 65

Date: Nov 06, 2022           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:**

**Name**       **Email Address**

ARKADY RAYZ
on behalf of Joseph Friedman & Sons Inc. erayz@kalraylaw.com, efile@kalraylaw.com

CHRISTINE J. VIGGIANO
on behalf of Creditor Moneygram Payment Systems Inc. cviggiano@rmh-law.com

JONATHAN J. SOBEL
on behalf of Vadim Birman mate89@aol.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MARIO J. HANYON
on behalf of Creditor WELLS FARGO BANK N.A wbecf@brockandscott.com mario.hanyon@brockandscott.com

MICHAEL A. CIBIK
on behalf of Debtor Larry Sakson mail@cibiklaw.com cibiklawpc@jubileebk.net

PHILLIP D. BERGER
on behalf of Creditor Huntingdon Valley Bank berger@bergerlawpc.com kaufmann@bergerlawpc.com

THOMAS SONG
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ET.AL. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Larry Sakson
        Debtor(s)

Case No: 19−12538−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/4/22

76 − 75
Form 138OBJ