United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12538-mdc |
| Larry Sakson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 04, 2022 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

**Recip ID     Recipient Name and Address**
db          + Larry Sakson, 504 Avon Street, 1st Floor, Philadelphia, PA 19116-3325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:

**Name**                      **Email Address**

ARKADY RAYZ
                      on behalf of Joseph Friedman & Sons Inc. erayz@kalraylaw.com, efile@kalraylaw.com

CHRISTINE J. VIGGIANO
                      on behalf of Creditor Moneygram Payment Systems Inc. cviggiano@rmh-law.com

JONATHAN J. SOBEL
                      on behalf of Vadim Birman mate89@aol.com

KENNETH E. WEST
                      on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
                      ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
                      on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 04, 2022 | Form ID: 234 | Total Noticed: 1 |

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor WELLS FARGO BANK N.A wbecf@brockandscott.com mario.hanyon@brockandscott.com

MICHAEL A. CIBIK
    on behalf of Debtor Larry Sakson mail@cibiklaw.com cibiklawpc@jubileebk.net

PHILLIP D. BERGER
    on behalf of Creditor Huntingdon Valley Bank berger@bergerlawpc.com kaufmann@bergerlawpc.com

THOMAS SONG
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ET.AL. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Larry Sakson
        Debtor(s)    Case No:19−12538−mdc
    Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                        For The Court

                        Timothy McGrath,
                        Clerk of Court

Date: 11/4/22