# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONEYGRAM PAYMENT SYSTEMS, INC., A DELAWARE CORPORATION DOING BUSINESS AS MONEYGRAM,** | **CHAPTER 13** |
| *PLAINTIFF,* | **DOCKET NO. 19-12538MDC13** |
| *VS.* | |
| **LARRY SAKSON** | NOV 1 7 2022 |
| *DEFENDANT.* | |

## ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned appears for MoneyGram Payment Systems, Inc., A Delaware Corporation Doing Business As MoneyGram a secured creditor in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

Respectfully submitted,

**REILLY, MCDEVITT & HENRICH, P.C.**

By:  */s/Michelle B. Cappuccio*
     Michelle B. Cappuccio, Esquire
     Attorney for Plaintiff,
     MoneyGram Payment Systems, Inc.
     3 Executive Campus, Suite 310
     Cherry Hill, NJ 08002
     Telephone:  (856) 317-7180
     Facsimile:  (856) 317-7188
     E-mail: mcappuccio@rmh-law.com

Dated:  11/16/22