United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12538-mdc |
| Larry Sakson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 18, 2023 | Form ID: 195 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry Sakson, 504 Avon Street, 1st Floor, Philadelphia, PA 19116-3325 |
| NONE | + | Joseph Friedman & Sons, Inc., c/o Kalikhman & Rayz, LLC, 1051 County Line Road, Huntingdon Valley, PA 19006-1229 |
| NONE | + | Vadim Birman, 1500 Walnut Street, Suite 2000, Philadelphia, PA 19102-3510 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 20, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ARKADY RAYZ | |
| | on behalf of Joseph Friedman & Sons  Inc. erayz@kalraylaw.com, efile@kalraylaw.com |
| CHRISTINE J. VIGGIANO | |
| | on behalf of Creditor Moneygram Payment Systems  Inc. cviggiano@rmh-law.com |
| JONATHAN J. SOBEL | |
| | on behalf of Vadim Birman mate89@aol.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | |

| | |
|---|---|
| | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MARIO J. HANYON | |
| | on behalf of Creditor WELLS FARGO BANK N.A wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor WELLS FARGO BANK N.A wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | |
| | on behalf of Debtor Larry Sakson mail@cibiklaw.com cibiklawpc@jubileebk.net |
| MICHELLE BARBARA CAPPUCCIO | |
| | on behalf of Creditor Moneygram Payment Systems Inc. mcappuccio@rmh-law.com |
| PHILLIP D. BERGER | |
| | on behalf of Creditor Huntingdon Valley Bank berger@bergerlawpc.com kaufmann@bergerlawpc.com |
| THOMAS SONG | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ET.AL. tomysong0@gmail.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

Case 19-12538-mdc    Doc 88    Filed 04/20/23    Entered 04/21/23 00:31:09    Desc Imaged
Certificate of Notice    Page 2 of 3
District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Apr 18, 2023     Form ID: 195     Total Noticed: 3

on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD

on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MARIO J. HANYON

on behalf of Creditor WELLS FARGO BANK N.A wbecf@brockandscott.com mario.hanyon@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor WELLS FARGO BANK N.A wbecf@brockandscott.com matthew.fissel@brockandscott.com

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Larry Sakson : Case No. 19−12538−mdc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , April 18, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

87
Form 195